IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN BURNETT,                                                                  PLAINTIFF
ADC #160893

v.                         2:18CV00041-JM-JTK

WENDY KELLEY                                                       DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendant is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2 This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of March, 2018.

                                                              _____
                                                              JAMES M. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE